FILED
CLERK, U.S. DISTRICT COURT

5/9/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CDO_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2023 Grand Jury

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　　　　v.

ANDREW A. WIEDERHORN,

　　　　　Defendant.

CR No. 2:24-cr-00296-WLH

I N D I C T M E N T

[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924; 28 U.S.C. § 2461: Criminal Forfeiture]

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about December 1, 2021, in Los Angeles County, within the Central District of California, defendant ANDREW A. WIEDERHORN knowingly possessed a firearm, namely, a Walther Arms, model PPK/S, 9mm Kurz/.380 ACP caliber pistol, bearing serial number 050396, and ammunition, namely, thirty-two rounds of Remington .380 Auto caliber ammunition, fourteen rounds of CCI/Speer .380 Auto caliber ammunition, and seven rounds of Winchester .380 Auto caliber ammunition, in and affecting interstate and foreign commerce.

Defendant WIEDERHORN possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the

following felony crimes, each punishable by a term of imprisonment

exceeding one year:

1.    Payment of Gratuities, in violation of Title 18, United

States Code, Section 1954, in the United States District Court for

the District of Oregon, case number 3:04-CR-00238-BR, on or about

June 3, 2004; and

2.    Filing False Tax Return, in violation of Title 26, United

States Code, Section 7206(1), in the United States District Court for

the District of Oregon, case number 3:04-CR-00238-BR, on or about

June 3, 2004.

2

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant ANDREW A. WIEDERHORN's conviction of the offense set forth in this Indictment.

2.    Defendant WIEDERHORN, if so convicted, shall forfeit to the United States of America the following:

a.    All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to the following which were seized on December 1, 2021:

i.    A Walther Arms, model PPK/S, 9mm Kurz/.380 ACP caliber pistol, bearing serial number 050396;

ii.   Thirty-two rounds of Remington .380 Auto caliber ammunition;

iii.  Fourteen rounds of CCI/Speer .380 Auto caliber ammunition; and

iv.   Seven rounds of Winchester .380 Auto caliber ammunition.

b.    To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), defendant WIEDERHORN, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding

1 paragraph if, as the result of any act or omission of defendant

2 WIEDERHORN, the property described in the preceding paragraph or any

3 portion thereof: (a) cannot be located upon the exercise of due

4 diligence; (b) has been transferred, sold to, or deposited with a

5 third party; (c) has been placed beyond the jurisdiction of the

6 court; (d) has been substantially diminished in value; or (e) has

7 been commingled with other property that cannot be divided without

8 difficulty.

9

10                                              A TRUE BILL

11

12                                      /s/
                                        _____

13                                      Foreperson

    E. MARTIN ESTRADA
14  United States Attorney

15

16

    MACK E. JENKINS
17  Assistant United States Attorney
    Chief, Criminal Division
18
    BRETT A. SAGEL
19  Assistant United States Attorney
    Chief, Corporate and Securities
20    Fraud Strike Force

21  ALEXANDER B. SCHWAB
    Assistant United States Attorney
22  Deputy Chief, Corporate and
      Securities Fraud Strike Force
23
    ADAM P. SCHLEIFER
24  Assistant United States Attorney
    Corporate and Securities Fraud
25    Strike Force

26  KEVIN B. REIDY
    Assistant United States Attorney
27  Major Frauds Section

28

                                       4