```
 1                    UNITED STATES DISTRICT COURT
 2         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
 3
 4  UNITED STATES OF AMERICA,    ) Case No. LA CR 24-00295-RGK
                                 )
 5          Plaintiff,            )
                                 ) Los Angeles, California
 6  vs.                          )
                                 ) Friday, May 10, 2024
 7  ANDREW A. WIEDERHORN,        )
                                 ) (2:17 p.m. to 2:23 p.m.)
 8          Defendant.           )
                                 )
 9  _____)
10                    TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE STEVE KIM
11               UNITED STATES MAGISTRATE JUDGE
12
13  Appearances:                 See next page.
14  Court Reporter:              Recorded; CourtSmart
15  Courtroom Deputy:            Connie Chung
16  Transcribed by:              Chinago Okonta
                                 Echo Reporting, Inc.
17                               9711 Cactus Street, Suite B
                                 Lakeside, California 92040
18                               (858) 453-7590
19
20
21
22
23
24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

```
                                                                    2
 1  APPEARANCES:

 2  For the Plaintiff:        ADAM P. SCHLEIFER, ESQ.
                              Assistant United States
 3                              Attorney
                              Office of the United States
 4                              Attorney
                              Major Frauds Section
 5                            312 North Spring Street
                              Suite 1100
 6                            Los Angeles, California 90012
                              (213) 894-4849
 7
                              KEVIN B. REIDY, ESQ.
 8                            Assistant United States
                                Attorney
 9                            Office of the United States
                                Attorney
10                            General Crimes Section
                              312 North Spring Street
11                            Suite 1200
                              Los Angeles, California 90012
12                            (213) 894-8536

13  For the Defendant:        NICOLA T. HANNA, ESQ.
                              JAMES N. ROTSTEIN
14                            Gibson Dunn and Crutcher LLP
                              333 South Grand Avenue
15                            Suite 5400
                              Los Angeles, California 90071
16                            (213) 229-7269

17                            SANDRA A. BROWN, ESQ.
                              Snell and Wilmer LLP
18                            201 Third Street NW
                              Suite 500
19                            Albuquerque, New Mexico 97102
                              (602) 382-6309
20

21

22

23

24

25
```

3

1      Los Angeles, California; Friday, May 10, 2024 2:17 p.m.
2                           --o0o--
3                       (Call to Order)
4           THE CLERK:  Calling case number CR-24-00295,
5  United States of America versus Andrew A. Wiederhorn.
6           Counsel, please state your appearances.
7           MR. SCHLEIFER:  Good afternoon, your Honor.  Adam
8  Schleifer on behalf of the United States, and with me at
9  counsel table is AUSA Kevin Reidy.
10          MR. HANNA:  Good afternoon, your Honor.  Nick
11 Hanna on behalf of the defendant Andrew Wiederhorn who's
12 present in custody.  Also here representing Mr. Wiederhorn
13 is Jimmy Rotstein and Sandra Brown.
14          MR. ROTSTEIN:  Good afternoon, your Honor.
15          THE COURT:  All right.
16          MS. BROWN:  Good afternoon, your Honor.
17          THE COURT:  Good afternoon, everyone.
18          So are we expecting these cases are going to get
19 consolidated or -- yeah.
20          MR. SCHLEIFER:  We have not filed a notice of
21 related case at this time.
22          THE COURT:  Okay.
23          MR. SCHLEIFER:  It's possible that could happen,
24 but we have not moved for that.
25          THE COURT:  Okay.

4

1        Mr. Hanna, do you expect -- I mean, it's not going
2 to affect too much of what we do.  I just wanted to get a
3 sense of -- because I'm going to be giving out information
4 that may become, you know, moot at some point if the cases
5 do get consolidated.  Do you have a --
6        MR. HANNA:  Your Honor, I don't have a sense yet
7 of whether --
8        THE COURT:  Okay.  All right.
9        MR. HANNA:  -- we would seek that.
10       THE COURT:  All right.  So just -- so for clarity,
11 I mean, we'll call the cases separately, and we'll just sort
12 of go through the arraignment one by one.  They're each
13 going to get assigned to different judges at the outset, but
14 you are -- we'll sort of go through that.  And then is --
15 are we -- do we have an agreement on bond here, or are we
16 seeking detention, or what's the situation there?
17       MR. SCHLEIFER:  We do have an agreement on bond,
18 your Honor.
19       THE COURT:  Okay.
20       MR. SCHLEIFER:  And I think that's stated in the
21 Pretrial Services report.  The parties agree -- the
22 defendant can correct me if I'm wrong, but I believe it's a
23 $1 million bond secured by the equity in his primary
24 residence in Beverly Hills.  I would also add that we also
25 agree, I believe, that the same conditions would be

5

appropriate in both cases for some of the reasons the Court has already alluded to.

THE COURT: Yeah. So what I would like to do is let's just call them in order from lowest to highest, and then we'll just have the consolidated bail determination after we do the second case, okay?

MR. SCHLEIFER: Very well.

THE COURT: All right. So, Mr. Hanna, did you want to go up to the lectern or -- it's up to you, just as long as everyone speaks into a microphone.

MR. HANNA: However you want it, your Honor. I'm happy to do it either way.

THE COURT: Yeah. Okay. I think you all can just stay there. All right. Can we start?

Mr. Weiderhorn, can you just tell me your full name, please?

THE DEFENDANT: Sure. Andrew Alan Wiederhorn.

THE COURT: Weiderhorn. Sorry about that.

Did you go over a written statement of your rights with counsel?

THE DEFENDANT: Yes.

THE COURT: And did you understand all of those rights?

THE DEFENDANT: Yes, I did.

THE COURT: And did you sign that written

1 statement of rights, acknowledging that you understand those
2 rights?
3         THE DEFENDANT:  Yes, I did, your Honor.
4         THE COURT:  Do you need me to go over again any of
5 those rights again in greater detail?
6         THE DEFENDANT:  No, I don't.
7         THE COURT:  Has the indictment -- and this one is
8 the indictment ending in 295, in which you are charged with
9 some co-defendants.  Has that indictment been read or
10 explained to you?
11         THE DEFENDANT:  Yes, it has.
12         THE COURT:  All right.  Do you understand the
13 nature of the charges in the -- nature of the allegations in
14 the indictment?
15         THE DEFENDANT:  Yes, I do.
16         THE COURT:  All right.  The -- this case for now
17 is assigned to Judge Klausner.  The parties should obtain a
18 copy of Judge Klausner's discovery order.  And if it stays
19 with Judge Klausner, he is requiring that discovery be
20 turned over within two weeks.  And if there are any problems
21 regarding discovery, you file a joint report two weeks
22 thereafter.  Judge Klausner is located in courtroom 840,
23 which is on the eighth floor of this building.  Jury trial
24 for now on this matter is set for July 2nd, 2024, at 9:00
25 a.m.  And for purposes of the arraignment today, he's asked

                                                                    7

1  that we take a not guilty plea on this indictment.
2           THE CLERK:  Counsel, how does the defendant intend
3  to plead?
4           MR. HANNA:  Not guilty.
5           THE CLERK:  Mr. Wiederhorn, how do you plead to
6  the charges contained in the indictment?
7           THE DEFENDANT:  Not guilty.
8           THE COURT:  Does the government needs to make any
9  record on consular or victim notification in this matter?
10          MR. SCHLEIFER:  Briefly, only as to victim
11 notification pursuant to a miscellaneous order entered by
12 the district court earlier this week.  Victims have been
13 notified through an alternative means through publication of
14 website and -- a website and linked information for those
15 victims.
16          THE COURT:  Okay.  All right.
17          Okay.  So, Mr. Wiederhorn, on this matter, the
18 case is assigned to Judge Klausner, and the jury trial is
19 right now set for July 2nd.  I expect those things are going
20 to change one way or the other, but that's just how it is
21 for now on the docket, okay?
22          So in this matter, I'll order the government to
23 comply with its disclosure obligations under <u>Brady</u> and
24 related cases.  Failure to do so may result in sanctions.
25 It's ordered to make general order 21-02 part of the case

```
                                                              8
 1  file.  Does the government agree to those undertakings?
 2          MR. SCHLEIFER:  Yes, it does, your Honor.
 3          THE COURT:  Okay.  And as I indicated, we'll set
 4  bond on this all together with the second matter after we're
 5  done with that one.  But anything else on this matter?
 6          MR. SCHLEIFER:  No, your Honor.
 7          THE COURT:  Mr. Hanna, do you --
 8          MR. HANNA:  No, your Honor.
 9          THE COURT:  Okay.  All right.
10      (Proceedings concluded.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

9

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

/s/Chinago Okonta                6/11/2024
Transcriber                      Date

FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:


/s/L.L. Francisco
L.L. Francisco, President
Echo Reporting, Inc.