1  BILAL A. ESSAYLI
   United States Attorney
2  LINDSEY GREER DOTSON
   Assistant United States Attorney
3  Chief, Criminal Division
   KEVIN B. REIDY (Cal. Bar No. 320583)
4  Assistant United States Attorney
   Major Frauds Section
5  BENEDETTO L. BALDING (Cal. Bar No. 244508)
   Assistant United States Attorney
6  Transnational Organized Crime Section
        1100/1400 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-8536/2274
        Facsimile: (213) 894-0141
9       E-mail:    kevin.reidy@usdoj.gov
                   benedetto.balding@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                     UNITED STATES DISTRICT COURT

13              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,          No. 2:24-cr-00296-WLH

15            Plaintiff,              NOTICE OF REASSIGNMENT

16               v.

17 ANDREW A. WIEDERHORN,

18            Defendant.

19
        Plaintiff United States of America, hereby advises the Court
20
   that the above-captioned case has been reassigned to a new Assistant
21
   United States Attorney ("AUSA") as follows:
22

23 
|                          | Name                 | E-Mail Address                  |
|--------------------------|----------------------|---------------------------------|
24 
| Previously Assigned AUSA | Adam P. Schleifer    | adam.schleifer@usdoj.gov        |
25 
| Newly Assigned AUSA      | Benedetto L. Balding | benedetto.balding@usdoj.gov     |
26

27      Please make all necessary changes to the Court's Case

28 Management/Electronic Case Filing system to ensure that the newly

1  assigned AUSA is associated with this case and receives all e-mails

2  relating to filings in this case.

3   Dated: April 8, 2025                 Respectfully submitted,

4                                        BILAL A. ESSAYLI
                                         United States Attorney

5
                                         LINDSEY GREER DOTSON
6                                        Assistant United States Attorney
                                         Chief, Criminal Division

7

8                                            /s/ *Benedetto L. Balding*
                                         BENEDETTO L. BALDING
9                                        Assistant United States Attorney

10                                       Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28