UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-00296-WLH |
|---|---|
| Plaintiff, | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE [76] |
| v. | |
| ANDREW A. WIEDERHORN, | |
| Defendant. | |

Upon application of the United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the Indictment filed in this matter be DISMISSED WITHOUT PREJUDICE and the bond be EXONERATED.

IT IS SO ORDERED.

8/1/2025
DATE

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE